**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000260
06-FEB-2026
08:12 AM
Dkt. 48 OAWST**

NO. CAAP-25-0000260

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VIII-C, Plaintiff/Counterclaim Defendant-Appellee,
v.
RAQUEL M. FILOS and KIERA LEIGH SCHLIHS, Defendants-Counterclaimants/Cross-Claimants-Appellants,
and
BANK OF AMERICA, N.A., Defendant/Crossclaim-Defendant-Appellee, and JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000004)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed December 26, 2025, by Plaintiff-Appellee Wilmington Savings Fund Society, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with

prejudice and bear their own fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own fees and costs.

DATED:  Honolulu, Hawaiʻi, February 6, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge